**JEFFREY S. EATON**
Clerk

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
District of Vermont
Federal Building
**BURLINGTON, VERMONT 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

November 6, 2019

Craig Weatherly, Esq.
11 Southwind Drive
Burlington, VT 05401

Melinda J. Caterine, Esq.
Littler Mendelson PC
1 Monument Square, Suite 600
Portland, ME 04101

RE:  *Noel v. Wal-Mart Associates, Inc.*
       Docket No. 2:17-cv-125

Dear Counsel:

   The stipulated discovery schedule required by Local Rule No. 26(a)(1)and (2) has not been filed in the above cited action. Please be advised that pursuant to Local Rule 26(a)(2), if the discovery schedule is not filed within the proper deadline, the case will be set for a scheduling conference.

                                                                            Sincerely,

                                                                            */s/ Joanne A. Muir*
                                                                            Courtroom Deputy
                                                                            (802) 951-6395 ext. 120